1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| UNITED STATES OF AMERICA, | CASE NO.:  23-CR-02433-W |
|---|---|
| Plaintiff, | Honorable Thomas J. Whelan |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION SETTING |
| QUETZALCOATL BANDA-ESPINOSA, | |
| Defendant. | |

16
17
18
19
20
21
22

The parties' joint motion to continue Mr. Banda-Espinosa's Motion Setting is **GRANTED**. The Motion Setting currently scheduled for December 18, 2023, at 9:00 a.m., is continued to January 29, 2024 at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

23
24
25

Dated: 12/12/23

_____
Honorable Thomas J. Whelan
United States District Judge

26
27
28