# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23CR2433-W |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION SETTING |
| v. | |
| QUETZALCOATL BANDA-ESPINOSA, | |
| Defendant. | |

The parties' joint motion to continue Mr. Banda-Espinosa's Motion Setting is **GRANTED**. The Motion Setting currently scheduled for January 29, 2024, at 9:00 a.m., is continued to February 26, 2024, at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: 1/24/24

Honorable Thomas J. Whelan
United States District Judge