UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Quetzalcoatl Banda-Espinosa,<br><br>    Defendant. | CASE NO.:  23-CR-2433-W<br><br>ORDER CONTINUING MOTION SETTING |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the motion setting currently scheduled for February 26, 2024, at 9:00 a.m., be continued to April 8, 2024, at 9:00 a.m. The time period of February 26, 2024 to April 8, 2024, is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7). For the reasons described in the parties' joint motion, the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: __2/21/24__

                 HONORABLE THOMAS J. WHELAN
                 UNITED STATES DISTRICT JUDGE